IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PHILLIP L. ADAMCZYK and
SUSAN C. ADAMCZYK,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

v.

CASE NO. 1D14-1595

THRIVENT FEDERAL  CREDIT
UNION,

      Appellee.

_____/

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Bay County.
Thomas Roland Ellinor, Judge.

Terry P. Roberts of Law Office of Terry P. Roberts, Tallahassee, for Appellants.

Michelle Garcia Gilbert, Nicholas R. Cavallaro, and Collie L. Nolen of Gilbert Garcia Group, P.A., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.